# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHALLAN ANDREW GALLEHER,** | : | No. 3:15cv267 |
| Petitioner | : | |
| v. | : | (Judge Munley) |
| | : | |
| **JOHN WETZEL**, Secretary of | : | (Magistrate Judge Saporito) |
| Corrections; **ATTORNEY GENERAL** | : | |
| **OF THE STATE OF PENNSYLVANIA;** | : | |
| and **DISTRICT ATTORNEY FOR THE** | : | |
| **COUNTY OF BRADFORD,** | : | |
| Respondents | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 24th day of May 2016, Petitioner Challan Galleher's motion for reconsideration (Doc. 16) is **DENIED**.

                                             **BY THE COURT:**

                                             **s/ James M. Munley**
                                             **JUDGE JAMES M. MUNLEY**
                                             **United States District Court**